CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 23 2007

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **KEVIN R. WILLIAMS,** | ) | |
| **Petitioner,** | ) | **Civil Action No. 7:07cv00019** |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **MS. BAYS, <u>et al.</u>,** | ) | **By: Samuel G. Wilson** |
| **Defendant** | ) | **United States District Judge** |
| | ) | |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED** and **ADJUDGED** that:

(1) the Report and Recommendation of United States Magistrate Judge Michael F.

Urbanski is **ADOPTED IN PART** and **REJECTED IN PART**;

(2) Williams' claim of cruel and unusual living conditions is **DISMISSED**;

(3) Williams' claim of retaliatory transfer is **DISMISSED**.

**ENTER**: This 23nd day of May, 2007.

_____
United States District Judge